IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02599-RPM-CBS

THERESA MCLAUGHLIN

    Plaintiff,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, it is

ORDERED that this case is Dismissed with Prejudice with each party to pay her or its own attorney's fees and costs.

DATED: May 22nd, 2008

    BY THE COURT:

    s/Richard P. Matsch
    _____
    U.S. DISTRICT JUDGE